Form 3A
(10/05)

# United States Bankruptcy Court
__NORTHERN__ District Of __Illinois__

In re __RONNIE D DEAR__,
Debtor

Case No. __11-18980__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74.75__  Check one ☐ With the filing of the petition, or
                         ☑ On or before __May 10, 2011__

   $ __74.75__  on or before __May 20, 2011__

   $ __74.75__  on or before __May 27, 2011__

   $ __74.75__  on or before __June 3, 2011__

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 03 2011
KENNETH S. GARDNER, CLERK
PS REP. - AJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____
Signature of Attorney      Date

__[signed]__  __04-18-11__
Signature of Debtor        Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____  _____
Signature of Joint Debtor (if any)   Date

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re **Ronnie Dear**,
_____ Debtor

Case No. **11-18980**

Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[X] IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ] IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  [ ] With the filing of the petition, or
                         [ ] On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

[ ] IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GAR[?]
Clerk, U.S. Bankrupt[cy]

Date: **5-3-11**

_United States Bankruptcy Judge_